UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-82379-CIV-COHN/SELTZER

JACQUELINE I. DEUEL,
individually,

    Plaintiff,

v.

SANTANDER CONSUMER USA, INC.
a foreign corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Scott D. Owens, Esq.<br>Attorney for Plaintiff<br>COHEN & OWENS, P.A.<br>3801 Hollywood Boulevard<br>Suite 200<br>Hollywood, Florida 33021<br>Phone: 954-923-3801<br>Fax: 954-967-2791<br><br>/s/Scott D. Owens<br>Scott D. Owens, Esq.<br>FBN: 597651<br>scott@cohenowens.com | John B. Rosenquest IV, Esq.<br>Robert M. Brochin, Esq.<br>Attorneys for Defendant<br>MORGAN, LEWIS & BOCKIUS, LLP<br>5300 Wachovia Financial Center<br>200 S. Biscayne Boulevard<br>Miami, FL 33131<br>Phone: 305-415-3456<br>Fax: 305-415-3001<br><br>/s/John B. Rosenquest, IV<br>John B. Rosenquest, IV, Esq.<br>FBN: 048431<br>jrosenquest@morganlewis.com |