UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-82379-COHN/SELTZER

JACQUELINE I. DEUEL,
individually,

    Plaintiff,

v.

SANTANDER CONSUMER USA, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 27] ("Joint Stipulation"). The Court has reviewed the Joint Stipulation and is otherwise advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Stipulation for Dismissal with Prejudice [DE 27] is **GRANTED**. The above-captioned cause is **DISMISSED WITH PREJUDICE** with all parties to bear their own costs and attorneys' fees. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 25th day of June, 2010.

_James I. Cohn_
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF.